United States District Court
Southern District of Texas
**ENTERED**
January 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABIOLA OLUBUNMI ADAMOLEKUN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-080 |
| | § | |
| WARDEN, EL VALLE DETENTION CENTER, | § | |
| *et al.*, | § | |
| | § | |
| Respondents. | § | |

## <u>ORDER</u>

Petitioner Abiola Olubunmi Adamolekun is currently detained by Immigration and Customs Enforcement at the El Valle Detention Facility in Cameron County, Texas.  Petitioner presents a petition for writ of habeas corpus and requests emergency injunctive relief including her immediate release or an order requiring that she be provided a bond hearing. (Pet., Doc. 1, 7)

To the extent that Petitioner requests ex parte injunctive relief, the Court declines to issue such relief.  The Court converts the request for injunctive relief into a motion for a preliminary injunction and establishes the briefing schedule below. *See Esparza v. Bd. of Trustees*, 182 F.3d 915 (5th Cir. 1999) (finding no error in the district court's conversion of a motion for a temporary restraining order into a request for a preliminary injunction).  Accordingly, it is:

**ORDERED** that by no later than February 13, 2026, the Respondents shall file a response to the Petitioner's request for injunctive relief;

**ORDERED** that by no later than February 20, 2026, the Petitioner may file a reply in support of injunctive relief; and

**ORDERED** that the parties shall appear via videoconference for a hearing on the motion for a preliminary injunction at 1:30 p.m. on February 25, 2026.

Petitioner is responsible for serving a copy of this Order upon the Respondents.

Signed on January 28, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge